136

## Charles Francis Coleman, Appellee, v. Marjorie Block Stein et al., Appellants.

### Gen. No. 42,357.

opinion filed June 30, 1943. Mayer, Meyer, Austrian & Platt, for appellants; Frank D. Mayer and Sherwood K. Platt, of counsel; A. H. Brown, for appellees. Opinion by JUSTICE HEBEL. ''Not to be published in full.''

## Seymour Rischall, Trading as Rischall's, Appellee, v. R. & R. Hosiery Company, Appellant.

### Gen. No. 42,394.

opinion filed June 30, 1943. Rosenberg, Stein & Rosenberg, for appellant; Harold A. Fein, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''